UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                               ORDER
      v.                                      13-CR-007-A

JOHNNY MAYE,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On July 8, 2013, Magistrate Judge Scott filed a Report and Recommendation, Dkt. No. 8, recommending that the defendant's motion to suppress be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to suppress is denied.

        The parties shall appear before the Court on August 9, 2013, at 1:00 p.m. for a meeting to set a trial date.

        SO ORDERED.

                                          *s/ Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT JUDGE

DATED: August 8, 2013